UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

LORETTA G. WHYTE  
CLERK

500 POYDRAS ST., ROOM C-151  
NEW ORLEANS, LA 70130

February 14, 2007

Clerk  
Civil District Court  
Parish of Orleans  
421 Loyola Ave., Room 402  
New Orleans, LA 70112-1198

RE: Walter F. Plauche, Et Al  
    v.  
  Auto Club Family Insurance Company, Et Al  
Civil Action No. 06-6416 "R" (3)  
Your No.06-8997 "B" (15)

Dear Sir:

    I am enclosing herewith a certified copy of an order entered by this court on February 14, 2007 remanding the above-entitled case to your court.

Very truly yours,

LORETTA G. WHYTE, CLERK

By:   s/Cherie Bourgeois  
       Deputy Clerk

Enclosure

Clerk
Orleans Parish Civil District Court
421 Loyola Ave., Room 402
New Orleans, LA 70112-1198